

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00294-CR

JOSE GUADALUPE SALAZAR    APPELLANT

V.

THE STATE OF TEXAS    STATE

----------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jose Guadalupe Salazar attempts to appeal from the trial court's revocation of his community supervision for assault-family violence.[2]  On June 29, 2012, the trial court signed an order revoking appellant's community supervision and imposing a sentence of ninety days' incarceration.  On the same day, the trial court signed a certification of appellant's right to appeal, which was

----

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 22.01(a) (West 2011).

also signed by appellant and appellant's counsel. The certification states that appellant "waived [his] right of appeal." Nonetheless, just a few days after signing the certification, appellant filed a notice of appeal.

On July 6, 2012, through a letter, we notified appellant of the contents of the certification and stated that we would dismiss the appeal unless he filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."), 43.2(f); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 13, 2012